AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| GUOPING GU,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>LEMONLEAF THAI RESTAURANT MINEOLA CORPORATION d/b/a Lemon Leaf Thai Restaurant; JIN HUI HE, and HENG LIN<br><br>*Defendant(s)* | Civil Action No. 18-cv-6614(JFB)(AYS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/20/2018

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

*<span style="color:red">**Full Caption**</span>*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**                              Case No. 18-cv-06614
-----------------------------------------------------------X
GUOPING GU,
*on his own behalf and on behalf of others similarly situated*

                                        Plaintiff,
                                           v.

LEMONLEAF THAI RESTAURANT MINEOLA
CORPORATION
      d/b/a Lemon Leaf Thai Restaurant;
JIN HUI HE, and
HENG LIN

                                       Defendants.
-----------------------------------------------------------X

*<span style="color:red">**Defendants' Name with Address**</span>*

**LEMONLEAF THAI RESTAURANT MINEOLA CORPORATION d/b/a Lemon Leaf Thai Restaurant**
197 Mineola Blvd., Mineola NY 11501

**JIN HUI HE**
197 Mineola Blvd., Mineola NY 11501

**HENG LIN**
197 Mineola Blvd., Mineola NY 11501

**Summons Rider**